COPY

1 GREGORY S. GLAZER, Bar No. 172197
gglazer@hkemploymentlaw.com
2 ALISON M. HAMER, Bar No. 258281
ahamer@hkemploymentlaw.com
3 HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
4 Santa Monica, CA 90401
Telephone: (310) 255-0705
5 Facsimile: (310) 255-0986

6 Attorneys for Defendants
ZIONIST ORGANIZATION OF AMERICA
7 and MORTON KLEIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT - CENTRAL DISTRICT

**CV13-02942 ABC (SSx)**

| | |
|---|---|
| ORIT ARFA, an individual, | Case No. |
| Plaintiff, | [Los Angeles Superior Court Case No. BC503861] |
| vs. | **DECLARATION OF MORTON KLEIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (A); 28 U.S.C. § 1332** |
| ZIONIST ORGANIZATION OF AMERICA, a New York corporation; MORTON KLEIN, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | **Complaint Filed:** March 25, 2013 |

DECLARTION OF MORTON KLEIN ISO REMOVAL TO FEDERAL COURT
CASE NO.

4831-9822-5427

## DECLARATION OF MORTON KLEIN

I, Morton Klein, do hereby state and declare as follows:

1. I am the National President for the Zionist Organization of America and a defendant in the above-entitled matter. I have personal knowledge of the facts stated herein, and could and would testify competently thereto, if called upon to do so.

2. I currently reside in the State of Pennsylvania. I have lived in the State of Pennsylvania since *1980*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2013, in *262 LINDEN LANE MERION, PENNSYLVANIA*

_____
Morton Klein

DECLARTION OF MORTON KLEIN ISO REMOVAL TO FEDERAL COURT
CASE NO.

2

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On April 25, 2013, I served the following document(s) by the method indicated below:

**DECLARATION OF MORTON KLEIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (A); 28 U.S.C. § 1332**

☐ by transmitting **via facsimile** on this date from fax number (310) 255-0986 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On April 25, 2013, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

DECLARTION OF MORTON KLEIN ISO REMOVAL TO FEDERAL COURT
CASE NO.

1  Bryan C. Altman
2  Joel E. Elkins
   The Altman Law Group
3  6300 Wilshire Blvd., Ste. 980
4  Los Angeles, CA  90048
   Phone: (323) 653-5581
5  Fax: (323) 653-5542

6     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of
7  the bar of this Court at whose direction the service was made.  Executed on April 25, 2013 at Santa Monica, California.
8
                                    _____
9                                           Karen Torres

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

2
DECLARTION OF MORTON KLEIN ISO REMOVAL TO FEDERAL COURT
CASE NO.