1  James L. Sanders (SBN 126291)
   jsanders@reedsmith.com
2  Zareh A. Jaltorossian (SBN 205347)
   zjaltorossian@reedsmith.com
3  REED SMITH LLP
   1901 Avenue of the Stars, Suite 700
4  Los Angeles, CA  90067-6078
   Telephone: +1 310 734 5200
5  Facsimile: +1 310 734 5299

6  Attorneys for SHELDON ADELSON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| ORIT ARFA, an individual, | Case No. 2:13-CV-02942-ABC (SSx) |
|---|---|
| Plaintiff, | **SHELDON ADELSON'S NOTICE OF MOTION AND MOTION TO QUASH DEPOSITION SUBPOENA IN A CIVIL ACTION OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |
| vs. | |
| ZIONIST ORGANIZATION OF AMERICA, et al., | |
| Defendants. | Date:   March 4, 2014<br>Time:   10:00 a.m.<br>Place:  Courtroom of the Honorable Suzanne H. Segal |
| | Discovery Cut-Off:    April 16, 2014<br>Final Pretrial Conf.:  August 11, 2014<br>Trial Date:            September 9, 2014 |
| | [Joint Stipulation, Declaration of James L. Sanders, Declaration of Sheldon Adelson, Declaration of Bryan Altman and [Proposed] Order filed concurrently herewith] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 4, 2014, at 10:00 a.m., or as soon thereafter the matter may be heard in Courtroom 23-3rd Floor of the above-entitled Court, located at 312 North Spring Street, Los Angeles, CA 90012, before the Honorable Suzanne H. Segal, United States Magistrate Judge, Sheldon Adelson, a nonparty in the action, will and hereby does move for an order quashing the deposition subpoena of plaintiff Orit Arfa or, in the alternative, a protective order. This Motion is brought pursuant to Rule 26 and Rule 45 of the Federal Rules of Civil Procedure on the grounds that the subpoena violates Rule 45's geographical limitation, in that the place designated for deposition is not within 100 miles of Mr. Adelson's residence. This Motion also is made on the ground that the subpoena imposes an undue burden on Mr. Adelson in violation of Rule 45.

The Motion is based upon this Notice of Motion and Motion, Mr. Adelson's portion of the Joint Stipulation Regarding the Motion, the Declarations of Sheldon Adelson and James L. Sanders, the exhibits attached to those declarations, and any supplemental brief or additional material or argument submitted by Mr. Adelson in support of this motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 and 37-1 which took place on January 15 -18, 21 and 22, 2014.

DATED: January 24, 2014 REED SMITH LLP

By: /s/ James L. Sanders
James L. Sanders
Zareh A. Jaltorossian
Attorneys for SHELDON ADELSON