JS−6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIT ARFA, an individual, | Case No.: **CV13-2942 ABC (SSx)** |
| Plaintiff, | Honorable Audrey B. Collins<br>Court Room 680 |
| v. | **[PROPOSED]** ORDER FOR<br>**DISMISSAL WITH PREJUDICE** |
| ZIONIST ORGANIZATION OF<br>AMERICA, a New York corporation; and<br>MORTON KLEIN, an individual; and<br>DOES 1 through 20, inclusive, | Complaint Filed:   March 25, 2013<br>FAC Filed:   May 10, 2013<br>TAC Filed:   September 11, 2013 |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [~~PROPOSED~~] <u>ORDER</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and the stipulation of the parties voluntarily dismissing this action filed on March 25, 2013, including the Third Amended Complaint filed on September 11, 2013 against Defendants, this action shall be dismissed in its entirety with prejudice as to all parties.  The parties shall each bear their own attorneys' fees, costs and legal expenses incurred in this action

This Court shall retain jurisdiction over the parties to enforce any violations of the settlement agreement reached between the parties.

IT IS SO ORDERED.


DATED: __May 01___, 2014

_____
Honorable Audrey B. Collins
United States District Judge
Central District of California


4825-5931-4714, v. 1